■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMAS BURGOS, Appellant. [701 NYS2d 619] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered June 16, 1997, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. O'Brien, J. P., Ritter, Joy, Altman and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVELAW CARRINGTON, Appellant. [701 NYS2d 624] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Martin, J.), rendered April 16, 1997, convicting him of criminal possession of marihuana in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the prosecutor's summation remarks were a fair response to the defendant's arguments (*see, People v Galloway,* 54 NY2d 396). Sullivan, J. P., Krausman, McGinity and H. Miller, JJ., concur.